UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BRANDY L. GRANT,

    Plaintiff,

v.                                Case No:   6:15-cv-1198-Orl-22TBS

CITY OF ORLANDO, ALBERTO
FELIBERTY and JOHN GILVIN,

    Defendants.
_____

## REPORT AND RECOMMENDATION

This case comes before me on the parties' Stipulation Regarding Costs and Attorneys' Fees. (Doc 32). Upon due consideration I respectfully recommend that the joint stipulation be approved and that Plaintiff be awarded $25,000 in attorney's fees and costs.

Plaintiff alleged that while at City Walk near Universal Studios, she used her cellphone to record Orlando Police Officers using what she believed was excessive force. A police officer attempted to take the cellphone away from Plaintiff. When Plaintiff would not surrender her cellphone, the officer grabbed it, threw Plaintiff to the ground, handcuffed, and arrested her. Plaintiff alleged that Defendants' conduct violated 42 U.S.C. § 1983 and the First, Fourth and Fourteenth Amendments. Defendants made an offer of judgment pursuant to FED. R. CIV. P. 68, which Plaintiff accepted (Doc. 30). The offer provides for the payment of $15,000 to Plaintiff plus a reasonable attorney's fee and taxable costs to her lawyer (Id.). The Court dismissed the case without prejudice, reserving jurisdiction to address the amount of attorney's fees and costs to be awarded to

Plaintiff (Doc. 31).   The parties have stipulated that Plaintiff should recover $25,000 in fees and costs from Defendants (Doc. 32).

Upon consideration of the foregoing, I respectfully recommend that the Court accept the stipulation and enter judgment for Plaintiff and against Defendants, jointly and severally, for $25,000 in attorney's fees and costs.

## NOTICE TO PARTIES

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions.   A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation.   See 11th Cir. R. 3-1.

**RESPECTFULLY RECOMMENDED** at Orlando, Florida on May 12, 2016.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

    Presiding United States District Judge
    Counsel of Record
    Any Unrepresented Parties