# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BRANDY L. GRANT,**

    **Plaintiff,**

**v.**      Case No:    6:15-cv-1198-Orl-22TBS

**CITY OF ORLANDO, ALBERTO FELIBERTY and JOHN GILVIN,**

    **Defendants.**

## ORDER

This cause is before the Court on the Notice of Acceptance of Defendant's Offer of Judgment (Doc. No. 30) and the Stipulation Regarding Costs and Attorneys' Fees (Doc. No. 32).

The United States Magistrate Judge has submitted a report recommending that the Court accept the stipulation and enter judgment.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed May 12, 2016 (Doc. No. 33), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Notice of Acceptance Defendant's Offer of Judgment and the Stipulation Regarding Costs and Attorneys' Fees are hereby approved.

3. The Clerk is directed to enter Judgment providing that Plaintiff, Brandy L. Grant, recover from the Defendants, City of Orlando, Alberto Feliberty, and John Gilvin, jointly and severally, the sum of $15,000.00, plus $25,000.00 for costs and attorneys' fees, for a total due of $40,000.00.

**DONE** and **ORDERED** in Orlando, Florida on June 1, 2016.

*[Signature]*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record